IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : CRIMINAL NO. _____ |
|---|---|
| v. | : DATE FILED : _____ |
| GAAFAR MOHAMMED EBRAHIM AL-WAZER | : VIOLATIONS:<br>18 U.S.C. § 1001(a)(2) (false statements - 3 counts) |

## COUNTS ONE THROUGH THREE

**THE GRAND JURY CHARGES THAT:**

On or about May 17, 2016, in the Eastern District of Pennsylvania, defendant

**GAAFAR MOHAMMED EBRAHIM AL-WAZER**

in a matter within the jurisdiction of the Federal Bureau of Investigation and the Department of Homeland Security, agencies of the executive branch of the United States, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations, in that defendant AL-WAZER:

| COUNT | DESCRIPTION |
|---|---|
| ONE | Stated that he does not align with the Houthi movement, when he knew that he was aligned and very involved with the Houthi movement; |
| TWO | Stated that he had never fired a weapon, when he knew that he had fired a weapon; |
| THREE | Stated that he had never participated in military or militia training, when he knew that he had received military or militia training. |

In violation of Title 18, United States Code, Section 1001(a)(2).

**A TRUE BILL:**

*Thomas Carlo*
**FOREPERSON**

*Vinai Wolf for*
**WILLIAM M. McSWAIN**
**United States Attorney**

No._____

## UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

Gaafar Mohammed Ebrahim Al-Wazer

INDICTMENT

Counts

18 U.S.C. § 1001(a)(2) (false statements - 3 counts)

A true bill.

_____
Foreman

Filed in open court this _____ day,
Of _____ A.D. 20_____

Clerk

Bail, $_____